UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

ALEXANDRA ROSARIO, ELIZABETH      :     20-Cv-9182 (SHS)
ORTIZ, and AMADOU CAMARA,
                                  :
         Plaintiffs,
                                  :
     -v-                                ORDER
                                  :
2022 EASTCHESTER, LLC, FRANK
COTO, NOBORU TAKASHIMA,           :

         Defendants.              :

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

   The initial pretrial conference having been held today via telephone, with counsel for plaintiffs participating, and no appearance on behalf of defendants,

   IT IS HEREBY ORDERED that:

   1.   Plaintiffs' motion for entry of a default [Doc. No. 11] is dismissed, without prejudice;

   2.   If plaintiffs wish to move for a default judgment, they shall do so on notice to defendants, returnable at the U.S. Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23A. The motion shall contain the following: (1) a notice of motion, (2) an affidavit by the attorney regarding what efforts they have made to contact defendants, (3) the Clerk of Court's Certificate of Default, (4) the claim to which no response has been made, and (4) a proposed judgment.  Plaintiff is referred to this Court's Individual Rules of Practice (https://www.nysd.uscourts.gov/hon-sidney-h-stein) regarding motions for entry of a default judgment;

   3.   There will be a pretrial conference on May 11, 2021, at 10:00 a.m.; and

   4.   Plaintiffs are directed to send a copy of this Order to defendants.

Dated: New York, New York
       February 12, 2021

                                         SO ORDERED

                                         _____
                                         SIDNEY H. STEIN
                                         U.S.D.J.