UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDRA ROSARIO, ELIZABETH ORTIZ, and AMADOU CAMARA,

          Plaintiffs,

v.

2022 EASTCHESTER, LLC, FRANK COTO, NOBORU TAKASHIMA,

          Defendants.

20-Cv-09182 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    Plaintiffs have moved for a default judgment against all defendants. (ECF No. 25.) That motion is returnable on September 23, 2021 in Courtroom 23A at 10:00 AM, which is the date and time set by the Court in its order dated May 11, 2021 for the pretrial conference in this action. (ECF No. 18.)

    In a letter dated June 30, 2021, defendants' counsel wrote that she "look[s] forward" to presenting evidence that defendants' restaurant, Vaya, "has never had sales of $500,000." (ECF No. 21.) If defendants' counsel intends to move to dismiss this action on grounds that the restaurant's "annual gross volume of sales made or business done" is less than $500,000, 29 U.S.C. § 203(s)(1)(A)(ii), defendants' counsel should do so on or before September 14, 2021; plaintiffs should respond on or before September 21, 2021.

Dated: New York, New York
       September 2, 2021

SO ORDERED:

_Sidney H. Stein_
Sidney H. Stein, U.S.D.J.