UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ALEXANDRA ROSARIO, ELIZABETH ORTIZ,  :        20-Cv-9182 (SHS)
and AMADOU CAMARA,

                                     :

                    Plaintiffs,

          -v-                        :        ORDER

2022 EASTCHESTER LLC, FRANK COTTO,   :
And NOBORU TAKASHIMA,

                                     :

                    Defendants.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        IT IS HEREBY ORDERED that the conference scheduled for November 22, 2021, at
10:00 a.m., is moved up to 9:00 a.m. The conference will be held via telephone. The parties shall
dial 888-273-3658 and use access code 7004275 to join the conference.


Dated: New York, New York
          November 10, 2021


                              SO ORDERED:


                              _____
                              Sidney H. Stein, U.S.D.J.