UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ALEXANDRA ROSARIO, ELIZABETH ORTIZ, : 20-Cv-9182 (SHS)
and AMADOU CAMARA,

                Plaintiffs,
    -v-                                                 CORRECTED ORDER

2022 EASTCHESTER LLC, FRANK COTTO,
And NOBORU TAKASHIMA,

                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A status conference having been held today via telephone, with counsel for all parties participating,

      IT IS HEREBY ORDERED that:

      1.     Defendants shall respond to the plaintiffs' motion to set aside plaintiff Camara's release and sanctioning defendants' attorney on or before December 6, 2021; and

      2.     Plaintiffs shall reply to the motion on or before December 10, 2021.

Dated: New York, New York
       November 22, 2021

                                                      SO ORDERED:

                                                      Sidney H. Stein, U.S.D.J.