**ROBERT WISNIEWSKI P.C.**
ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820 • NEW YORK, NY 10004
TEL: (212) 267-2101 • WEB: www.rwapc.com

October 20, 2022

Hon. Sidney H. Stein, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
    *VIA ECF*

**MEMO ENDORSED**

      Re:    Rosario et al v. 2022 Eastchester LLC et al
             <u>Docket No.: 20-cv-09182 (SHS)</u>

Dear Judge Stein,

    I represent Plaintiffs in the above-referenced case. I submit this letter motion to request an one day extension in which to submit my time sheets from today to tomorrow, i.e. Friday, October 21, 2022. It is too late in the evening to seek opposing counsel's consent, but I certainly request that her deadline to respond to my motion be likewise extended from October 27, 2022 to Friday, October 28, 2022. There is no prejudice to any party and this is the first request of this kind.

    The reason for this request is that I need to contact technical support of my new case management to extract data from my firm's old accounting system. I have time sheets on two different systems – the old computer based accounting system and the new, cloud based system. The person who was the only one who knew how to operate my old accounting system no longer works for my firm, and I failed in my efforts to transfer the data into the new system, despite my heroic efforts. When I contacted technical help, it was too late. I will have to do it tomorrow.

    I am confident that I will be able to complete the task tomorrow, possibly before Your Honor has a chance to consider my motion. Hence this request for only an one day extension.

    Thank you for your attention to the foregoing.

                                             Respectfully,

                                             */s/Robert Wisniewski*
                                             Robert Wisniewski

cc:    Susan S. Egan Esq.
        Counsel for Defendants - *via ECF*

**Plaintiff's request for a one day adjournment to today is granted. Defendant shall have until October 28 to respond.**

**Dated: New York, New York
        October 21, 2022**

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.