UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

ALEXANDRA ROSARIO, ELIZABETH ORTIZ, and AMADOU CAMARA,   :   20-Cv-9182 (SHS)

        Plaintiffs,

-v-   ORDER

2022 EASTCHESTER, LLC, FRANK COTO, NOBORU TAKASHIMA,

        Defendants.

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court having received defendants' letter [Doc. No. 63],

    IT IS HEREBY ORDERED that there will be a status conference on Wednesday, November 2, 2022, at 3:00 p.m. in Courtroom 23A. The parties should come prepared to discuss attempting to resolve this matter.

Dated: New York, New York
      October 28, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.