**ROBERT WISNIEWSKI P.C.**
ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820 • NEW YORK, NY 10004
TEL: (212) 267-2101 • WEB: www.rwapc.com

October 28, 2022

Hon. Sidney H. Stein, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
*VIA ECF*

**MEMO ENDORSED**

Re:   Rosario et al v. 2022 Eastchester LLC et al
      Docket No.: 20-cv-09182 (SHS)

Dear Judge Stein,

I represent Plaintiffs in the above-referenced case. I submit this letter motion to request an adjournment of the settlement conference, scheduled by Your Honor today for November 2, 2022 to a date after November 16, 2022. There is no prejudice to any party and this is the first request of this kind.

The reason for this request is that I will be out of the country from October 31, 2022 to November 16, 2022 and I cannot reschedule this trip. Also, I ask that the conference not be scheduled for November 30, 2022 as I already have two hearings scheduled for that date.

Thank you for your attention to the foregoing.

Respectfully,

*/s/Robert Wisniewski*
Robert Wisniewski

cc:   Susan S. Egan Esq.
      Counsel for Defendants - *via ECF*

**The November 2 conference is adjourned to November 17 at 2:30 p.m.**

Dated: New York, New York
       October 31, 2022

SO ORDERED:

By _____
Sidney H. Stein, U.S.D.J.