UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDRA ROSARIO, ELIZABETH
ORTIZ, and AMADOU CAMARA,

                Plaintiffs,

v.

2022 EASTCHESTER, LLC, FRANK
COTTO, NOBORU TAKASHIMA,

                Defendants.

20-cv-09182 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    On October 13, 2022, this Court granted plaintiffs' motion to set aside Plaintiff Camara's purported release and order defense attorney Egan to satisfy the excess costs, expenses, and attorneys' fees associated with litigating this issue. ECF No. 58. Plaintiffs' attorney Wisniewski submitted support on October 21, 2022 for a total of $15,742.50 in costs and fees. ECF No. 62. Ms. Egan opposes this application. ECF No. 63.

    The Court has reviewed Mr. Wisniewski's time sheets. Considering certain entries that do not directly relate to the motion at hand, as well as work that could have been completed by Mr. Wisniewski's associate, the Court determines that a reasonable fee is $8,000.

Dated: New York, New York
         November 18, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.