UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| ALEXANDRA ROSARIO, ELIZABETH ORTIZ, and AMADOU CAMARA, | : | 20-cv-9182 (SHS) |
| Plaintiffs, | : | |
| -v- | : | ORDER |
| 2022 EASTCHESTER, LLC, FRANK COTO, and NOBORU TAKASHIMA, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     In an Order dated December 19, 2022, this Court directed defendants to appear on February 23, 2023, for a pretrial conference (ECF No. 73), but no defendant and no counsel on behalf of any defendant appeared on that date. Following that conference, the Court ordered defendants to show cause in writing by March 2, 2023, why sanctions should not be imposed on them for their failure to appear. The Court wrote that "[s]anctions may include entry of a money judgment against defendants." (ECF No. 75.) Subsequently, on June 27, plaintiffs' counsel obtained a Clerk's Certificate of Default noting defendants' failure to appear at the February 23, 2023 conference and failure to respond to the February 23, 2023 Order to Show Cause. (ECF No. 80.)

     Accordingly, plaintiffs may move on or before August 14, 2023 for entry of a default judgment against defendants. That motion must specify a return date at least 10 days from the date of service, returnable at 9:30 a.m. in Courtroom 23A and shall include (1) a copy of the declaration of Robert Wisniewski, Esq., dated June 10, 2023, in support of the Clerk's Certificate of Default (ECF No. 79); (2) an affidavit setting forth the amounts sought and the basis for those amounts; and (3) a proposed form of default judgment.

Dated: New York, New York
         July 13, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.