**ROBERT WISNIEWSKI P.C.**
ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820 • NEW YORK, NY 10004
TEL: (212) 267-2101 • WEB: www.rwapc.com

August 14, 2023

Hon. Sidney H. Stein, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
    *VIA ECF*

**MEMO ENDORSED**

Re:    **Rosario et al v. 2022 Eastchester LLC et al**
        <u>Docket No.: 20-cv-09182 (SHS)</u>

Dear Judge Stein,

    I represent Plaintiffs in the above-referenced case. I submit this letter motion to request an extension of time to file a motion for default judgment from today to Friday, August 18, 2023. There is no prejudice to any party and this is the first request of this kind.

    I apologize for the last minute filing. I intended to file the motion today and have it almost ready but owing to circumstances beyond my control, I was unable to meet with one of the clients to obtain additional documents necessary for the motion Friday or today. Since last week, I had to devote a lot of time to a ferocious discovery dispute in another case pending in the SDNY which culminated in today's hearing in White Plains today. I returned from court too late for Mr. Camara to come over today. I spoke to him and we had to reschedule our meeting for the morning of Thursday, August 17. Once my office has the documents and additional information, I will just need several hours to finish up the motion documents. I am confident that I will be able to file the motion on Friday, August 18, 2023.

    For the foregoing reasons, Plaintiffs request an extension of time to file a motion for default against the defaulting defendants until Friday, August 18, 2023.

Respectfully submitted,

*/s/Robert Wisniewski*
Robert Wisniewski

**Plaintiffs' request for an extension of time to file a motion for default judgment from today until August 18, 2023, is granted.**

Dated: New York, New York
       August 15, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.