**ROBERT WISNIEWSKI P.C.**
ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820 • NEW YORK, NY 10004
TEL: (212) 267-2101 • WEB: www.rwapc.com

August 17, 2023

Hon. Sidney H. Stein, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
   *VIA ECF*

**MEMO ENDORSED**

Re:   **Rosario et al v. 2022 Eastchester LLC et al**
      **Docket No.: 20-cv-09182 (SHS)**

Dear Judge Stein,

I represent Plaintiffs in the above-referenced case. For the reasons that follow, I am forced to seek a second extension of time from Friday, August 18, 2023 to Friday, August 25, 2023 to file a motion for default judgment. This is a second request, the first one having been granted for good cause. There is no prejudice to any party.

I learned last night from Mr. Camara via email that he could not keep his appointment with me today because he learned that his brother had died. I telephoned him last night and this morning but to no avail. Having gone through similar experiences twice recently, I fully empathize with my client and understand his desire completely to tune out so as to deal with the loss in solitude. I believe that I will be able to meet with Mr. Camara next week and will be able to finalize the motion papers by next Friday, August 25, 2023

For the foregoing reasons, Plaintiffs request an extension of time to file a motion for default against the defaulting defendants until Friday, August 25, 2023.

Respectfully submitted,

*/s/Robert Wisniewski*
Robert Wisniewski

**Plaintiffs' request for an extension until August 25 to file a motion for default judgment is granted.**

**Dated: New York, New York**
      **August 17, 2023**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.