**ROBERT WISNIEWSKI P.C.**　　　　　　　　17 STATE STREET, SUITE 820 • NEW YORK, NY 10004
ATTORNEYS-AT-LAW　　　　　　　　　　　　TEL: (212) 267-2101 • WEB: www.rwapc.com

August 25, 2023

Hon. Sidney H. Stein, USDJ　　　　　　**MEMO ENDORSED**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
　　*VIA ECF*

　　　　Re:　Rosario et al v. 2022 Eastchester LLC et al
　　　　　　**Docket No.: 20-cv-09182 (SHS)**

Dear Judge Stein,

　　I represent Plaintiffs in the above-referenced case. For the reasons that follow, I am forced to seek a third, final extension of time from today, Friday, August 25, 2023 to Monday, August 28, 2023 to file a motion for default judgment. Two previous motions hav been granted for good cause. There is no prejudice to any party.

　　I finally was able to establish contact with Mr. Camara and obtain his declaration yesterday. Unfortunately, I had to devote yesterday and a substantial part of today to another matter. As I am short staffed, I tried to soldier on but simply ran out of time. I intend to work over the weekend and will most likely file the entire motion for default over the weekend before Your Honor has a chance to review the instant motion.

　　For the foregoing reasons, I request an extension of time to file a motion for default judgment against the defendants until Monday, August 28, 2023.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/Robert Wisniewski*
　　　　　　　　　　　　　　　　　　　　Robert Wisniewski

**Request granted.**

**Dated:** New York, New York
　　　　August 28, 2023

SO ORDERED

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.