UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ALEXANDRA ROSARIO, ELIZABETH : 20-Cv-9182 (SHS)
ORTIZ, and AMADOU CAMARA,
                       :
          Plaintiffs,
                       :
       -v-                ORDER
                       :
2022 EASTCHESTER, LLC, FRANK
COTO, NOBORU TAKASHIMA,    :

          Defendants.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       Today having been the return date for plaintiffs' motion for default judgment, and a conference having taken place today with plaintiffs' attorney present, and defendants Frank Coto and Noboru Takashima present,

       IT IS HEREBY ORDERED that:

       1.     The return date for plaintiffs' motion for a default judgment is adjourned to December 13, 2023, at 2:00 p.m.;

       2.     The last day for defendants to file their opposition to plaintiffs' motion for a default judgment is November 17, 2023;

       3.     The last day for plaintiffs' reply to the motion is November 24, 2023;

       4.     This matter is being referred to Magistrate Judge Gabriel W. Gorenstein for settlement purposes; and

       5.     The parties are directed attempt to resolve this matter consensually.

Dated: New York, New York
          September 15, 2023

                                                                  SO ORDERED:

                                                                   Sidney H. Stein, U.S.D.J.