UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALEXANDRA ROSARIO et al.,                                        :

                Plaintiffs,                      :      <u>ORDER</u>

  -v.-                                                         :
                                                                20 Civ. 9182 (SHS) (GWG)
2022 EASTCHESTER LLC et al.,,                                    :

                Defendants.                     :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Clerk is requested to note on the docket sheet the following addresses for two pro se defendants:

Frank Cotto
2733 Tenbroeck Ave.
Bronx, NY 10469
**fcotto@yahoo.com**

Noboru Takashima
684 Broadway, Apt. 7W
New York, NY 10012
**nt.takashima@gmail.com**

      SO ORDERED.

Dated:  September 18, 2023
           New York, New York

                                                             _____
                                                             GABRIEL W. GORENSTEIN
                                                             United States Magistrate Judge