UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEXANDRA ROSARIO et al.,                                 :

        Plaintiffs,              :        ORDER

   -v.-                                                            :
                                                        20 Civ. 9182 (SHS) (GWG)
2022 EASTCHESTER LLC et al.,                              :

        Defendants.             :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The location of the settlement conference scheduled for October 23, 2023 at 2:30 p.m. is changed to Room 906, which is located in the Thurgood Marshall United States Courthouse at 40 Centre Street, New York, New York. All attorneys are directed to ensure that the other attorneys on this case are aware of the change and that their clients, interpreters and/or insurers attending the conference are also aware of the change

      SO ORDERED.

Dated: October 16, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge