UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALEXANDRA ROSARIO et al., :

        Plaintiff, : ORDER

  -v.- :
                                                     20 Civ. 9182 (SHS)(GWG)

2022 EASTCHESTER LLC et al., :

        Defendants. :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The deadline for defendants to oppose the default judgment has now expired (see Docket # 120). That being said, the parties reached a settlement of this matter that would obviate the need to pursue the default judgment. Because this case contains one or more claims arising under the Fair Labor Standards Act, it must be approved pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). The parties are directed to make the Cheeks application to District Judge Sidney Stein on or before April 26, 2024.

      If the parties consent to have this action adjudicated by the undersigned, they may complete a consent form under 28 U.S.C. § 636(c). The form is available at: **https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge**. A completed form may be submitted to the undersigned as an attachment to a letter filed on ECF addressed to the undersigned. If the case is reassigned, the same deadline for submission of the application will apply unless an extension is sought and obtained.

      SO ORDERED.

Dated: April 12, 2024
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge