**ROBERT WISNIEWSKI  P.C.**
ATTORNEYS-AT-LAW

17 STATE  STREET, SUITE 820 • NEW YORK, NY 10004
T EL: (212) 267-2101 • WEB: www.rwapc.com

July 1, 2024

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007-1312
  *VIA ECF*

**MEMORANDUM ENDORSED**

**Re: Rosario et al v. 2022 Eastchester LLC et al.**
**Docket No.: 20-cv-09182 (SHS)(GWG)**

Dear Judge Gorenstein,

  I represent Plaintiffs in this matter. For the reasonst that follow, on behalf of both parties I request what appears to be a final extension of time to execute documents and file a *Cheeks* motion from today to Monday, July 15, 2024.

  I am glad to report to Your Honor that I received information from Mr. Biolsi that the defendants had sent him a final check constituting the settlement in this case. It appears that the check will have cleared Mr. Biolsi's IOLTA account some time this week. Additionally, Mr. Biols had requested that I send him the final version of the settlement agreement for a final review and to re-date. I will have taken care of it tomorrow. I am certain that, assuming that the funds clear Mr. Biolsi's account, both counsel will be ready to present the settlement agreement for the parties's signature by next Monday, July 8. We will just need the week of July 8 to ensure logistically that all parties sign. We also anticipate filing a request to the Hon. Stein to send the case to Your Honor for all purposes so that Your Honor would be able to review and approve the settlement. Hence the request until July 15, 2024.

  Whereas, it is respectfully requested that the parties be given until July 15, 2024 to execute the settlement agreement, file a consent form and to submit a *Cheeks* motion to Your Honor.

          Respectfully submitted,

          */s/ Robert Wisniewski*
          Robert Wisniewski

cc: Via ECF
   Steven Biolsi, Esq.
  *Counsel for Defendants*

Extension to July 15, 2024, granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
July 2, 2024