**ROBERT WISNIEWSKI  P.C.**
ATTORNEYS-AT-LAW

17 STATE  STREET, SUITE 820 • NEW YORK, NY 10004
T EL: (212) 267-2101 • WEB: www.rwapc.com

July 15, 2024

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007-1312

MEMORANDUM ENDORSED

*VIA ECF*

**Re: Rosario et al v. 2022 Eastchester LLC et al.**
**Docket No.: 20-cv-09182 (SHS)(GWG)**

Dear Judge Gorenstein,

I represent Plaintiffs in this matter. For the reasonst that follow, counsel for both parties request yet another final extension of time to execute documents and file a *Cheeks* motion from today to Monday, July 22, 2024. All previous motions have been granted for good cause.

We just need the extra week for logistical purposes – for all parties to sign the document. As stated in the previous email, Mr. Biolsi confirmed to me that all settlement funds are in his IOLA account and are available. The signing process has been delayed owing to a misunderstanding between us as to whether the signatures on the document needed to be notarized. I insisted that they should be and Mr. Biolsi accepted that. What remains is the process of every party signing the document before a notary public. This is truly a final request to Your Honor.

Separately, counsel for both parties are filing a consent to Your Honor's jurisdiction to streamlien the review of the settlement agreement.

For the foregoing reasons, counsel for the parties respectfully request that Your Honor indulge them for one final time until July 22, 2024 to execute the settlement agreement.

Respectfully submitted,

*/s/ Robert Wisniewski*
Robert Wisniewski

cc:  Via ECF
   Steven Biolsi, Esq.
   *Counsel for Defendants*

Extension to July 22, 2024, granted.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

July 16, 2024